IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| | |
|---|---|
| **DARYL SIMONICH, on behalf of himself and all others similarly situated,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 5:25-cv-01758-PAG |
| **VGW, LTD; VGW HOLDINGS, US; VGW US, INC.; VGW HOLDINGS, LTD; VGW CANADA, INC.; VGW GP, LTD; VGW MALTA, LTD; VGW GAMES, LTD; and VGW LUCKYLAND, INC.,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

**JOINT STIPULATION AND ORDER SUBMITTING PLAINTIFF'S CLAIMS TO ARBITRATION, STAYING CASE, AND PRESERVING DEFENSES**

Plaintiff Daryl Simonich and Defendants VGW Holdings Pty Ltd. f/k/a VGW Holdings Ltd., VGW Holdings US, Inc., VGW US, Inc., VGW Canada, Inc., VGW GP Ltd., VGW Malta Ltd., VGW Games Ltd., and VGW Luckyland, Inc. (collectively, "VGW Group"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, Plaintiff commenced an arbitration proceeding against VGW Group with JAMS on or about May 16, 2025, and filed this action on or about August 22, 2025 (Doc. 1);

WHEREAS, the arbitration proceeding is pending;

WHEREAS, on December 8, 2025, VGW Group filed a motion to dismiss this action for lack of personal jurisdiction (Doc. 13) and an alternative motion to compel arbitration of Plaintiff's claims and to stay this action pursuant to the Federal Arbitration Act ("FAA") (Doc. 14);

WHEREAS, pursuant to this Court's Order dated November 21, 2025, Plaintiff's responses to VGW Group's motions are due January 21, 2026; and

1

WHEREAS, the parties have conferred and agree that Plaintiff's claims should be submitted to arbitration in the first instance and that this action should be stayed pending the outcome of the arbitration pursuant to Supreme Court precedent. *Smith v. Spizzirri*, 601 U.S. 472, 474 (2024) (Section 3 of the FAA does not "permit[] a court to dismiss the case instead of issuing a stay when the dispute is subject to arbitration and a party requests a stay pending arbitration.").

NOW, THEREFORE, the parties stipulate and agree, subject to this Court's approval, that:

1. Plaintiff's claims in this action shall be submitted to arbitration in the first instance and this action should be stayed pending the outcome of the arbitration.

2. By agreeing to submit his claims to arbitration in the first instance, Plaintiff does not waive, and expressly preserves, all arguments as to the formation, validity, and enforceability of VGW Group's terms of service, the arbitration provision, and the delegation provision contained within the arbitration provision, as well as which version of the terms of service apply, if any.

3. VGW Group does not waive, and expressly preserves, all defenses available to them under Federal Rule of Civil Procedure 12(b) and otherwise should the matter return to this Court after arbitration, including lack of personal jurisdiction and the right to seek, in the alternative, transfer or dismissal of Plaintiff's claims pursuant to the forum selection clauses in VGW Group's terms of service.

Dated: January 20, 2026

| | |
|---|---|
| */s/ Dargan M. Ware* (with permission)<br>Dargan M. Ware<br>DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue<br>Birmingham, AL 35205<br>(205) 453-0104<br>dware@davisnorris.com<br><br>*Attorney for Plaintiff* | */s/ Gregory D. Beaman*<br>Gregory D. Beaman (*pro hac vice*)<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>51 W. 52nd Street<br>New York, NY 10019<br>(212) 506-5000<br>gbeaman@orrick.com<br><br>Behnam Dayanim (*pro hac vice*)<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>Tel: 202-339-8613<br>bdayanim@orrick.com<br><br>Matthew G. Vansuch (0079328)<br>ROETZEL & ANDRESS LPA<br>6550 Seville Drive, Suite B<br>Canfield, OH 44406<br>(330) 533-6195<br>mvansuch@ralaw.com<br><br>*Attorneys for Defendants* |

**SO ORDERED** this  21st  day of  January            , 2026.

_____
UNITED STATES DISTRICT JUDGE